## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL JAMES,

            Petitioner

         v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY; AND COURT
OF COMMON PLEAS PRESIDENT
JUDGE OF PHILADELPHIA COUNTY;
AND COURT ADMINISTRATOR OF
COMMON PLEAS COURT OF
PHILADELPHIA COUNTY,

            Respondents

: No. 29 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Application Leave to File Leave Original Process and the Petition for Writ of Mandamus are **GRANTED**.

    The Court of Common Pleas of Philadelphia County has failed to comply with the remand order of the Superior Court. *See Commonwealth v. James*, 116 EDA 2009 (December 14, 2009). The common pleas court is **DIRECTED** to adjudicate the remanded Post Conviction Relief Act matter within 60 days.

    The Prothonotary is **DIRECTED** to serve the Commonwealth with a copy of this order.